**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CHRISTOPHER P. DALY,
Plaintiff,
v.
EARLY WARNING SERVICES, LLC,
Defendant.

**Civil Action No. 4:26-cv-40014-MRG**

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff Christopher P. Daly, appearing pro se, respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 15(a)(2), for leave to file the Second Amended Complaint that Plaintiff filed on July 5, 2026 as ECF No. 21. This motion is unopposed. In support, Plaintiff states as follows, and incorporates the following memorandum of reasons pursuant to D. Mass. Civ. R. 7.1(b)(1).

## I. PROCEDURAL BACKGROUND

1. Plaintiff filed his original Complaint on January 28, 2026 (ECF No. 1).

2. Plaintiff filed a First Amended Complaint on April 27, 2026 (ECF No. 13), which was Plaintiff's one amendment as a matter of course under Fed. R. Civ. P. 15(a)(1).

3. On July 5, 2026, Plaintiff filed his proposed Second Amended Complaint, together with supporting exhibits, at ECF No. 21, under the docket event "First MOTION for Leave to File Second Amended Complaint."

4. On July 5, 2026, Plaintiff filed a related motion for leave to file certain unredacted exhibits under seal, with redacted versions for the public docket, at ECF No. 22 (main document replaced July 6, 2026, to separate the proposed order).

5. Because Plaintiff already amended once as a matter of course, any further amendment now requires Defendant's written consent or leave of Court under Fed. R. Civ. P. 15(a)(2). Although ECF No. 21 was filed under a docket event labeled "Motion for Leave," the document filed did not itself include a motion setting forth the grounds for leave, a certification of conferral under Local Rule 7.1(a)(2), or a request for relief. This motion supplies that missing motion practice so the Court has a properly briefed request to act on.

6. Pursuant to Local Rule 7.1(a)(2), Plaintiff conferred with counsel for Defendant Early Warning Services, LLC ("EWS") regarding this motion. Defendant EWS does not oppose Plaintiff's motion for leave to file the Second Amended Complaint located at ECF No. 21.

## II. LEGAL STANDARD

Federal Rule of Civil Procedure 15(a)(2) provides that once a party has amended as a matter of course, "a party may amend its pleading only with the opposing party's written consent or the court's leave," and directs that "[t]he court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). The Supreme Court has instructed that leave to amend should be granted absent "undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, [or] futility of amendment." Foman v. Davis, 371 U.S. 178, 182 (1962).

## III. ARGUMENT

Each Foman factor favors leave here. There is no undue delay that prejudices Defendant: Defendant has reviewed the proposed Second Amended Complaint and affirmatively does not oppose it. There is no bad faith or dilatory

motive; Plaintiff seeks only to clarify and supplement factual allegations based on information developed since the First Amended Complaint. There has been no prior failure to cure deficiencies by amendment, as this is only the second proposed amendment. There is no undue prejudice to Defendant, which has not yet answered and has consented to the amendment. And Plaintiff does not understand Defendant to contend that the amendment would be futile. Leave should therefore be freely given.

**IV. CONCLUSION**

WHEREFORE, Plaintiff respectfully requests that this Court GRANT this motion and deem the Second Amended Complaint filed at ECF No. 21 to be the operative complaint in this action.

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

Pursuant to Local Rule 7.1(a)(2), the undersigned certifies that he conferred with counsel for Defendant regarding the relief sought in this motion, and that Defendant does not oppose this motion.

Respectfully submitted,

/s/ Christopher P. Daly
Christopher P. Daly
Plaintiff, Pro Se
1395 Main Street, Unit 1
Worcester, Massachusetts 01603
(774) 293-3844
chris.daly79@icloud.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the date this document is filed via the Court's CM/ECF system, a true copy of the foregoing document will be served upon counsel for Defendant by operation of the Court's electronic filing system, and by email.

/s/ Christopher P. Daly
Christopher P. Daly