**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| CHRISTOPHER P. DALY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action |
| v. | ) | No. 4:26-cv-40014-MRG |
| | ) | |
| EARLY WARNING SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT EARLY WARNING SERVICES, LLC'S**
**MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Early Warning Services, LLC ("Early Warning") respectfully moves this Court for an order dismissing the claims against it in Plaintiff's Second Amended Complaint (ECF No. 33, the "SAC") for failure to state a claim.

The bases for this Motion are set forth in the accompanying *Defendant Early Warning Services, LLC's Memorandum in Support of its Motion to Dismiss* ("Memorandum"), filed contemporaneously with this Motion pursuant to Local Rule 7.1(b)(1).

WHEREFORE, for all the reasons set forth in the Memorandum, Early Warning respectfully requests that this Court enter an order dismissing the Second Amended Complaint in its entirety with prejudice.

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), I, Matthew J. Zamaloff, counsel for the Defendant Early Warning, hereby certify that Early Warning has attempted to good faith to confer with Plaintiff and resolve or narrow the issues raised in the Motion to Dismiss. Plaintiff and counsel for Early Warning conferred via e-mail on September 25, 2026, and by Zoom video conference on September 28, 2026. Plaintiff advised that he will oppose Early Warning's Motion to Dismiss.

Dated: September 28, 2026

Respectfully submitted,

/s/ *Matthew J. Zamaloff*
Matthew J. Zamaloff (BBO No. 642831)
Cetrulo LLP
Two Seaport Lane, 10th Floor
Boston, MA 02210
(t): 617 217 5500
(f): 617 217 5200
mzamaloff@cetllp.com

*Attorney for Defendant Early Warning Services, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 28, 2026, the foregoing DEFENDANT EARLY WARNING SERVICES, LLC'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Matthew J. Zamaloff*
Matthew J. Zamaloff